# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ALFONSO ZAVALA-REYNOSO,

           Petitioner,

v.                                       Civil No.: 07-752-TC

DON MILLS,

           Respondent.

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on September 11, 2007, to show cause in writing by October 11, 2007, why this action should not be denied for failure to exhaust state remedies. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: October 16, 2007.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION