IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALFONSO ZAVALA-REYNOSO,           )
                                  )
                Petitioner,       )
                                  )   Civil No. 07-752-TC
        v.                        )
                                  )   ORDER
DON MILLS,                        )
                                  )
                Respondent.       )
_____ )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on October 16, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for petitioner's failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

DATED this **3/st** day of _OCTOBER_, 2007.

_____
UNITED STATES DISTRICT JUDGE